393 A.2d 1272

Bish v. Bish, Appellant, et al.

Argued April 13, 1978. Joseph D. Talarico, for appellant; John A. Miller, for appellee.

Judgment affirmed.